IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

AMANDA PEREZ,
and other similarly-situated individuals,

       Plaintiff(s)

v.                                                           Case No.: _____

PAYLESS SHOESOURCE, INC.

       Defendant.

**NOTICE OF REMOVAL OF DEFENDANT PAYLESS SHOESOURCE, INC.**

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendant, Payless ShoeSource, Inc. ("Defendant" or "Payless"), hereby removes the civil action, 2014-20975-CA-01, from the Circuit Court, Eleventh Judicial Circuit, Miami Dade County, Florida, to the United States District Court for the Southern District of Florida, Miami Division.  The removal of this civil action is proper because:

1.       Plaintiff, Amanda Perez ("Plaintiff"), commenced this civil action in the Eleventh Judicial Circuit in and for Miami Dade County, Florida, by filing a Complaint against Defendant alleging violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.  Plaintiff also alleges violations of Florida's Minimum Wage Act, *Fla. Stat.* § 448, *et seq.*, as well as claims for breach of agreement, *quantum meruit* and unjust enrichment.  The Complaint was served upon Defendant via process server on September 22, 2014. (*See* Summons and Complaint attached hereto as *Exhibit 1*.)

2.       This Notice is timely filed within thirty days of service of the Complaint.

3. The events alleged by Plaintiff giving rise to these claims allegedly occurred in Miami Dade County, Florida. (*See* Plaintiff's Complaint at Paragraphs 4 and 5). Thus, venue properly lies in the United States District Court for the Southern District of Florida, Miami Division.

4. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served on Defendant, are attached hereto as composite *Exhibit 1*.

5. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice will be served on Plaintiff, the only adverse party, and a copy of this Notice will also be filed with the Eleventh Judicial Circuit in and for Miami Dade County, Florida, a copy of which is attached hereto as *Exhibit 2*.

## Federal Question Jurisdiction

6. This action is properly removable to federal court because Plaintiff's Complaint presents a federal question pursuant to 28 U.S.C. § 1331, inasmuch as Plaintiff alleges violations of rights under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219. Furthermore, pursuant to 28 U.S.C. § 1367, this Court has supplemental jurisdiction over Plaintiff's claims under Florida's Minimum Wage Act, Fla. Stat. § 448, *et seq.*, as well as Plaintiff's claims for breach of agreement, *quantum meruit* and unjust enrichment.

7. Therefore, removal is appropriate pursuant to 28 U.S.C. § 1441.

WHEREFORE, on the foregoing basis, Defendant, Payless ShoeSource, Inc., respectfully submits that removal of this action from the Circuit Court, Eleventh Judicial Circuit, in and for Miami Dade County, Florida, to this Court is proper.

        Respectfully submitted,

        FORD & HARRISON LLP

By: /s/ Lavern J. Wilson
    Todd S. Aidman
    Florida Bar No. 173029
    taidman@fordharrison.com
    Lavern J. Wilson
    Florida Bar No. 028650
    lwilson@fordharrison.com

    For the firm

    101 East Kennedy Boulevard
    Suite 900
    Tampa, Florida 33602-5133
    Telephone: (813) 261-7800
    Facsimile:  (813) 261-7899

    Attorneys for Defendant,
    Payless ShoeSource, Inc.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on **October 13, 2014**, a true and correct copy of the foregoing has been electronically filed via the CM/ECF system, which will electronically send notice to the following:

        Jason S. Remer, Esquire
        jsr@rgpattorneys.com
        Remer & Georges-Pierre, PLLC
        44 West Flagler Street, Suite 2200
        Miami, FL 33130

        /s/ Lavern J. Wilson
        Attorney

WSACTIVELLP:7083664.1