UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:14-cv-23766-CMA/O'Sullivan

AMANDA PEREZ,

    Plaintiff,
v.

PAYLESS SHOESOURCE, INC.,

    Defendant.
_____/

**PLAINTIFF'S STATEMENT OF CLAIM**

Plaintiff, **AMANDA PEREZ**, by and through undersigned counsel, pursuant to the Honorable Court's Order in FLSA Cases, hereby respectfully files this Statement of Claim. As grounds, the Plaintiff states:

a. Total amount of alleged unpaid Overtime wages:

$ 15,977.00 (Liquidated)

b. Calculation of such wages:[1]

During her employment with Defendant, Plaintiff was employed as non-exempt sales associate. The relevant time frame for Plaintiff's suit is August 11, 2011 through February 22, 2014, a period of 132 weeks (however Plaintiff is seeking 130 based upon a two week absence due to illness during this time frame). Plaintiff was paid an hourly rate of $8.19 (an overtime rate of $12.29), but was not paid proper overtime wages. Plaintiff seeks to be compensated for an average of five (5) hours of unpaid overtime weekly plus reasonable attorneys' fees and costs.

---

[1] These calculations are prior to discovery and not including any damages discovered during discovery. Plaintiff reserves the right to a full accounting of all unpaid wages as uncovered during the course of discovery.

c. Nature of wages (e.g. overtime or straight time):

This amount represents unpaid overtime wages and liquidated damages.

e. Calculation Chart

| HALFTIME OVERTIME RATE | OVERTIME HOURS WORKED | OT RATE X OT HOURS WORKED | WEEKS WORKED AND NOT PAID OT | TOTAL UNPAID WAGES |
|---|---|---|---|---|
| $12.29 ($8.19+$4.10) | 5 HOURS | $61.45 | 130 WEEKS | $7,988.50 |

WHEREFORE, based on the foregoing, the Plaintiff files Statement of Claim.

Dated: October 23, 2014

Respectfully submitted,

**REMER & GEORGES-PIERRE, PLLC**
Courthouse Tower
44 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: (305)416-5000
Facsimile: (305)416-5005

By: **/s/ Brody M. Shulman\_\_\_\_**
Jason S. Remer, Esq.
Fla. Bar No.: 0165580
Brody M. Shulman, Esq.
Fla. Bar No.: 092044

**CERTIFICATE OF SERVICE**

   I hereby certify that on October 23, 2014 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                 By: **/s/ Brody M. Shulman**
                    Jason S. Remer, Esq.
                    Fla. Bar No.: 0165580
                    Brody M. Shulman, Esq.
                    Fla. Bar No.: 092044

**SERVICE LIST**
Lavern J. Wilson, Esq.
Todd Sidney Aidman, Esq.
Ford & Harrison
101 E Kennedy Boulevard
Suite 900
Tampa, FL 33602
813-261-7800
lwilson@fordharrison.com
taidman@fordharrison.com